188

## THE W. P. SAYWARD, ETC., v. UNITED STATES.

Supreme Court of the United States.

Jan. 12, 1891.

Joseph H. Choate, Calderon Carlisle, and Charles Strauss, for appellant.

The Attorney General, for appellee.

No opinion. Dismissed, on motion of Mr. Calderon Carlisle for appellant.